**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7144**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DINO MARCELLUS GILES,

Defendant - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (1:94-cr-00212-WMN-1)

Submitted:  January 19, 2010          Decided:  January 26, 2010

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dino Marcellus Giles, Appellant Pro Se.  Barbara Slaymaker Sale,
Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dino Marcellus Giles appeals the district court's order denying his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Giles, No. 1:94-cr-00212-WMN-1 (D. Md. Aug. 7, 2008); see United States v. Hood, 556 F.3d 226, 235-36 (4th Cir.), cert. denied, 130 S. Ct. 321 (2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED